THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY TYSON, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the trial court. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

MICHEL M. SEGAL et al., Appellants, v. ALEXANDER J. KULCH et al., Respondents. MICHEL M. SEGAL et al., Appellants, v. ALEXANDER J. KULCH et al., Respondents.— Motion by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before March 8, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

EUGENE H. ALNWICK, Respondent, v. CHARLES KREISLER AUTO RENTAL CO., INC., et al., Appellants.— In an action to recover damages for personal injuries alleged to have been caused by the negligent operation of a motor vehicle, defendants appeal from an order of the Supreme Court, Queens County, dated September 27, 1960, granting plaintiff's motion for summary judgment pursuant to rule 113 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion denied. In our opinion, there are issues of fact which should be decided after trial and not summarily on motion (cf. *Galbraith* v. *Busch*, 267 N. Y. 230; *Nelson* v. *Nygren*, 259 N. Y. 71; *Vignola* v. *Britts*, 11 A D 2d 801; *Donahue* v. *Romahn*, 10 A D 2d 637). Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.